**Defendant: Janusz Siembida**

**IP:** 74.199.46.178
**ISP:** WideOpenWest
**Location:** Glenview, IL

| Title | Hash | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|---|
| Veronica Wet Orgasm | 59448198C43090645093E37289900D8EBB4D4D04 | 10/05/2011 | 11/23/2011 | 12/27/2011 23:06:29 |
| Girls Night Out | 3B39460ABF5377A5830F532935B590D40086B834 | 11/14/2011 | 11/23/2011 | 01/02/2012 01:17:52 |
| Anneli Dream Girl | 9F9DC5FE1EABB3825B39C5D245EE59F0E116F1BB | 12/19/2011 | 01/04/2012 | 01/05/2012 01:24:35 |
| Connie True Love | EFCF4E9995C159A9F41A793C7F26EBC244CD30FC | 02/08/2012 | 02/17/2012 | 02/24/2012 00:59:10 |
| Anneli Leila Menage A Trois | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | 01/13/2012 | 01/17/2012 | 02/24/2012 21:08:25 |
| Silvie Eufrat Strip Poker | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | 02/06/2012 | 02/17/2012 | 02/24/2012 21:08:41 |
| Angel Journey To The East | 21567C422821F6B6B28488003AB656B0573E080F | 12/22/2011 | 01/04/2012 | 03/09/2012 23:32:56 |
| Roommates | 71DF1D6A4106665A52739C87E445B0CD6537F81D | 04/10/2012 | 04/11/2012 | 04/13/2012 22:56:17 |

**Total Statutory Copyright Infringements for Defendant Janusz Siembida: 8**

EXHIBIT A

NIL6