# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-07031 |
| | : | |
| JANUSZ SIEMBIDA, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JANUSZ SIEMBIDA

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant, Janusz Siembida from this action with prejudice. Janusz Siembida was assigned the IP Address 74.199.46.178. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Janusz Siembida has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October____, 2012

Respectfully submitted,

By: ___/s/ *Paul J. Nicoletti*___
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone: 248-203-7800
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on October____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                 By: /s/ *Paul J. Nicoletti*
                                                                                 Paul J. Nicoletti